FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PATRICIA LOCKETT,<br><br>            Petitioner,<br><br>      v.<br><br>SAN BERNARDINO COUNTY JAIL, et al.,<br><br>            Respondent. | No.  EDCV 07-1589-DSF (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: 4-30-08

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE